**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carly Rheinlander, | No. CV-17-00409-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Eric Lindenau, et al., | |
| Defendants. | |

In support of Defendants' Motion for Summary Judgment, they request leave to file non-electronically an audio recording and ask that an unredacted Interview Transcript of Plaintiff when she was a minor be filed under seal. Plaintiff objects to sealing the interview transcript.

**Accordingly,**

**IT IS ORDERED** that the Motion for Leave to File Non-electronically an Audio Recording (Doc. 27) is GRANTED. The Defendants shall file two copies, one for the Court and one for the record to be retained by the Clerk's Office.

**IT IS FURTHER ORDERED** that the Motion to Seal (Doc. 28) is DENIED.

Dated this 2nd day of January, 2019.

Honorable David C. Bury
United States District Judge