**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carly Rheinlander,<br><br>    Plaintiff,<br><br>v.<br><br>Eric Lindenau, et al.,<br><br>    Defendants. | No. CV-17-00409-TUC-DCB<br><br>**ORDER** |

    Plaintiff's attorney, Paul Palmisano, filed a Motion to Withdraw as counsel because he is no longer practicing law. He reports that the Plaintiff does not have funds to retain another attorney and asks the Court to appoint an attorney to represent her. This is a civil rights claim brought pursuant to 42 U.S.C. § 1983. There is no constitutional right to the appointment of counsel in a civil case. *See, Ivey v. Board of Regents of University of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982); *Randall v. Wyrick*, 642 F.2d 304, 307 n. 6 (8th Cir. 1981). The appointment of counsel in a civil rights case is required only when exceptional circumstances are present. *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). A determination with respect to exceptional circumstances requires an evaluation of the likelihood of success on the merits as well as the ability of a plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331 (9th Cir. 1986). Having considered both elements, it does not presently appear that exceptional circumstances exist that would require the appointment of counsel.

| | |
|---|---|
| 1 | Plaintiff's Complaint was filed by counsel, Paul S. Banales. Mr. Palmisano was |
| 2 | substituted as counsel on May 9, 2018. Both parties filed dispositive motions on December |
| 3 | 7, 2018. Plaintiff filed a Response to Defendants' motion on December 30, 2018, and by |
| 4 | Notice of Errata refiled the Response on January 8, 2019. On January 14, 2019, Defendants |
| 5 | filed a Reply, supporting their Motion for Summary Judgment. Plaintiff did not file a Reply |
| 6 | supporting her Motion for Partial Summary Judgment. Replies are optional. LR Civ. |
| 7 | 7.2(d). Accordingly, the dispositive motions are fully briefed and ready for review and |
| 8 | determination by the Court. |
| 9 | In the event the case is not decided by dispositive motion, the Court shall reconsider |
| 10 | the request for appointment of counsel. The Court will be better positioned to assess the |
| 11 | strength of the case after it reviews and rules on the parties' motions for summary |
| 12 | judgment. |
| 13 | **Accordingly,** |
| 14 | **IT IS ORDERED** that the Motion to Withdraw as Counsel (Doc. 43) is |
| 15 | GRANTED. |
| 16 | **IT IS FURTHER ORDERED** that the Plaintiff shall appear pro se, and the Clerk |
| 17 | of the Court shall change the docket to reflect this and that the Plaintiff's address is 6353 |
| 18 | S. Amulet Dr., Mesa, AZ 85212. |
| 19 | Dated this 6th day of March, 2019. |

_____
Honorable David C. Bury
United States District Judge